<mark>Case 3:25-mj-00123-MEL    Document 1-2    Filed 02/12/25    Page 1 of 1</mark>



Exhibit A